FILED: March 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1191
(8:22-cv-00426-TMC)

---

WILBERT FINLEY

Plaintiff - Appellant

v.

KRAFT HEINZ INC.

Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Anderson |
| Originating Case Number | 8:22-cv-00426-TMC |
| Date notice of appeal filed in originating court: | 02/28/2024 |
| Appellant(s) | Wilbert Finley |
| Appellate Case Number | 24-1191 |
| Case Manager | Marcy E. Beall<br>804-916-2702 |