**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

No. 24-1191
(8:22-cv-00426-TMC)

**WILBERT FINLEY**

Plaintiff – Appellant

**v.**

**KRAFT HEINZ INC.**

Defendant - Appellee

# UNOPPOSED MOTION TO MODIFY BRIEFING AND APPENDIX SCHEDULE

Pursuant to Federal Rule of Appellate Procedure ("Fed. R. App. P.") 26(b), WILBERT FINLEY, Appellant, after conferring with counsel for Appellee, and there being no opposition, moves that the briefing and appendix schedule be modified as follows to the new dates agreed by the parties:

| Event | Current Due Dates | New Agreed Dates |
| --- | --- | --- |
| | | |
| JOINT APPENDIX | 06/17/2024 | 07/08/2024 |
| BRIEF [Opening] | 06/17/2024 | 07/08/2024 |
| BRIEF [Response] | 07/17/2024 | 08/12/2024 |
| BRIEF [Reply] (if any) | 21 days after response brief | 21 days after response brief |

The good cause for this request is as follows: The undersigned Appellant's counsel underwent medical procedures at two facilities in two cities in the last two weeks of May. He then had a major brief due involving the Touhy regulations of the State Department in *Iovino v. MSA,* No. 5:21-cv-00064 (EDVA) on June 7, 2024.

Thereafter due to the backlog of work, the decision was made to outsource preparation of the Joint Appendix which to avoid rush fees requires greater lead time.

There have been no previous motions filed by Appellant to modify the above schedule.

The undersigned has conferred with counsel for Appellee, who consents to this motion.

Respectfully submitted,

/s/ Thad M. Guyer

Thad M. Guyer (Oregon Bar # 82144)
T. M. Guyer & Friends, PC
116 Mistletoe Street
Medford, Oregon 97501
Tel: (206) 535-2395/(206) 954-1293
Fax: (888) 866-4720
EM: thad@guyerayers.com

Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Appellant's Motion to Modify Briefing Schedule with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system on June 13, 2024. Service of the foregoing will be accomplished by the CM/ECF system for all participants in the case.

/s/ Thad M. Guyer

Thad M. Guyer (Oregon Bar # 82144)