FILED: June 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1191
(8:22-cv-00426-TMC)

---

WILBERT FINLEY

Plaintiff - Appellant

v.

KRAFT HEINZ INC.

Defendant - Appellee

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Opening brief due: 07/08/2024

Joint appendix due: 07/08/2024

Response brief due: 08/12/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk