**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

No. 24-1191

(8:22-cv-00426-TMC)

---

**WILBERT FINLEY,**

Plaintiff-Appellant,

v.

**KRAFT HEINZ FOODS COMPANY,**

Defendant-Appellee.

---

# RULE 10(e) STIPULATED MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Pursuant to Fed. R. App. P. 10(e) and United States Court of Appeals for the Fourth Circuit Local Rule 10(d), the parties to this appeal stipulate and agree that the exhibit submitted with this stipulation, set forth in **Exhibit A** attached hereto, is material to one or both of the parties to this appeal and has been omitted from the record by error or accident. Both parties cited to and substantively referenced Exhibit A in their summary judgment briefing. The parties hereby certify as true and correct the enclosed copy of this Exhibit A and move the Court to add this copy as Exhibit 6 to Defendant Kraft Heinz Foods Company Inc.'s Motion for Summary Judgment in the Joint Appendix.

Dated: September 23, 2024

Respectfully submitted,

*/s/ Thad M. Guyer*
Thad M. Guyer (Oregon Bar # 82144)
T. M. Guyer & Friends, PC 116

*/s/ Katelynn M. Williams*
Katelynn M. Williams, WI Bar No. 1090438
McKenzie L. Ahmet, WI Bar No. 1119284

Mistletoe Street Medford, Oregon 97501
Tel: (206) 535-2395/(206) 954-1293
Fax: (888) 866-4720
thad@guyerayers.com

**Attorney for Appellant**

kmwilliams@foley.com
mahmet@foley.com
150 E. Gilman Street, Suite 5000
Madison, WI 53703
(608) 258-4286 (KMW)
(608) 258-4319 (MLA)

**Attorneys for Appellee**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 23, 2024, a copy of the foregoing was electronically filed which will effect service on all counsel of record identified below:

Thad M. Guyer
T. M. Guyer & Friends, PC 116
Mistletoe Street Medford, Oregon 97501
Tel: (206) 535-2395/(206) 954-1293
Fax: (888) 866-4720
thad@guyerayers.com

/s/ *Katelynn M. Williams*
Attorney