FILED: September 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1191
(8:22-cv-00426-TMC)

---

WILBERT FINLEY

Plaintiff - Appellant

v.

KRAFT HEINZ INC.

Defendant - Appellee

---

O R D E R

---

Upon consideration of the parties' stipulated motion to supplement the record on appeal, the court grants the motion. The court grants an extension of the briefing schedule as follows:

Opening brief and joint appendix due: 10/01/2024

Response brief due: 11/04/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk