**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2025

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 24-1191, Wilbert Finley v. Kraft Heinz Inc.
8:22-cv-00426-TMC

TO: Wilbert Finley
Kraft Heinz Inc.

RESPONSE DUE: 02/06/2025

Response is required to the notice requesting information regarding similar cases on or before 02/06/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Paige L. Ballard, Deputy Clerk
804-916-2702