FILED: August 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1191
(8:22-cv-00426-TMC)

---

WILBERT FINLEY

Plaintiff - Appellant

v.

KRAFT HEINZ INC.

Defendant - Appellee

---

M A N D A T E

---

The judgment of this court, entered July 25, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*